PER CURIAM.

(No. 75-CC-465—

MARY ELLA WILSON, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed February 13, 1975.*

SIDNEY Z. KARASIK, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

320

Per Curiam.